UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THEODORE MONTANEZ            JURY TRIAL DEMANDED

     v.

                                 CASE NO. 3:17 cv

LOANCARE, LLC
RESCAP SECURITIES HOLDINGS CO.

## **COMPLAINT**

1. Plaintiff brings this action to obtain relief for defendants' violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

2. This Court has jurisdiction. 15 U.S.C. §1692k(d).

3. Venue is proper because plaintiff is a citizen of Connecticut and defendants' collection efforts were directed to him at his Suffield Connecticut residence.

4. Plaintiff is a natural person who was the object of efforts by Defendants to collect an alleged mortgage balance due after the 2012 foreclosure of his East Hartford Connecticut residence.

5. In the 2012 foreclosure, the holder of the mortgage note did not seek a deficiency judgment.

6. Defendant ResCap obtained plaintiff's personal mortgage account in or after late 2013, after default or foreclosure.

7. Defendant LoanCare obtained the servicing of plaintiff's mortgage account on November 1, 2016.

8. Each defendant is in the business of obtaining defaulted residential mortgage accounts and regularly attempts to collect them, directly or indirectly, from natural persons through the use of the mails.

9. In November, 2016, LoanCare, on behalf of ResCap, mailed plaintiff its initial letter, asserting that LoanCare was a debt collector attempting to collect a debt.

10. The initial letter set forth the amount due "to bring your mortgage current" as of May 1, 2011.

11. On the same date, LoanCare also mailed a "Monthly Statement" to plaintiff.

12. The "Total Due" in the Monthly Statement as of May 1, 2011, was more than $20,000 less than in the contemporaneous initial letter.

13. The communications violated the FDCPA in several respects, including false, deceptive, or misleading statement of the character, amount, or legal status of the the mortgage account (15 U.S.C. § 1692e(2)(A)), failure to state the amount of the debt as of the date of the letter (§1692g(a)(1), or the attempt to collect an amount not owing (§1692f(1)).

14. As a result of their violations of the FDCPA, Defendants are liable to Plaintiff for actual damages, statutory damages, attorney's fees and costs.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law. Fed. R. Civ. P. 54(c);

2. Award attorney's fees and costs. Fed. R. Civ. P. 54(d);

3. Grant such other and further relief as may be just and proper.

                         THE PLAINTIFF

                         BY /s/ Joanne S. Faulkner  
                         Joanne S. Faulkner ct04137  
                         faulknerlawoffice@snet.net  
                         123 Avon Street  
                         New Haven, CT 06511-2422  
                         (203) 772-0395